**FILED**

AUG - 8 2022

U.S. MAGISTRATE JUDGE
DISTRICT OF NEVADA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

In re: Grand Jury Proceeding

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

v.

TERRY DALE JONES,

　　　　　Defendant.

Case No. **3:22-mj-106-CSD**

**ORDER FOR ARREST OF MATERIAL WITNESS**

**UNDER SEAL**

　　　This matter having come before the Court on the application of the UNITED STATES OF AMERICA for the issuance of an arrest warrant for NIKKI CHAVEZ, and the Court having found that she is a witness whose testimony is material to a pending indictment in the above-captioned, whose testimony is set for August 11, 2022, at 9:00am, and this action is necessary to guarantee her appearance as a witness due to the impracticability of securing her presence by subpoena and the fact that she has not appeared pursuant to subpoena. Therefore, IT IS HEREBY ORDERED that a warrant of arrest be issued for NIKKI CHAVEZ, and that she be brought before the Court for further proceedings in accordance with Title 18, United States Code, Sections 3142 and 3144.

　　　DATED this 8th day of August, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CRAIG S. DENNEY
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

6