FILED
AUG -8 2022
U.S. MAGISTRATE JUDGE
DISTRICT OF NEVADA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: Grand Jury Proceeding<br><br>UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TERRY DALE JONES,<br><br>Defendant. | Case No.  3:22-mj-106-CSD<br><br>ORDER TO SEAL<br><br>(Under Seal) |

This matter coming before the Court on the Government's Motion to Seal, the basis therein having been considered by the Court, and good cause showing, the Motion is GRANTED.

IT IS HEREBY ORDERED that the affidavit, material witness arrest warrant, the Government's Motion to Seal, and this Order in the above-captioned matter now pending, shall be, and is, SEALED until further Order of the Court.

DATED this 8th day of August, 2022.

_____
HONORABLE CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE

3