UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

In re: Grand Jury Proceeding

USA v. Terry Dale Jones

**RE: NIKKI CHAVEZ
MATERIAL WITNESS**

3:22-mj-00106-CSD

**ORDER FOR RELEASE**

On August 23, 2022, this Court held a hearing ordering that Material Witness NIKKI CHAVEZ testify before the Grand Jury on Thursday, August 25, 2022.

The Court has been advised that NIKKI CHAVEZ completed her testimony before the Grand Jury.

THEREFORE, the Court finds that NIKKI CHAVEZ shall be immediately released from custody at the Washoe County Detention Center.

**IT IS SO ORDERED.**

DATED:   August 25, 2022

_____
CARLA BALDWIN
UNITED STATES MAGISTRATE JUDGE